UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON TIPTON,

    Plaintiff,

v.

Civil Action 2:11-cv-00719
Judge Michael H. Watson
Magistrate Judge E.A. Preston Deavers

GARY MOHR, et al.,

    Defendants.

## ORDER

This matter is before the Court for consideration of the March 27, 2012 Order and Report and Recommendation of the Magistrate Judge. (ECF No. 37.) The Magistrate Judge granted Plaintiff's Motion for Leave to File an Amended Complaint. The Magistrate Judge, however, recommended that the Court dismiss Plaintiff's claims against Defendants Jane/John Doe, Sandy Crawford, and Norm Evans pursuant to an initial screen for failure to state a claim. Additionally, the Magistrate Judge recommended that the Court grant the Motion for Judgment on the Pleadings of Defendants Gary Mohr, Ed Voorhies, and Gary Croft. (ECF No. 24.)

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Order & Report & Recommendation 10, ECF No. 37.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and

Recommendation.

The Court reviewed the Order and Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, pursuant to an initial screen, Plaintiff's claims against Defendants Jane/John Doe, Sandy Crawford, and Norm Evans are **DISMISSED** for failure to state a claim. Additionally, the Motion of Defendants for Judgment on the Pleadings (ECF No. 24) is **GRANTED** and Plaintiff's claims against Defendants Gary Mohr, Ed Voorhies, and Gary Croft are **DISMISSED**. The Clerk is **DIRECTED** to remove this action from the Court's pending cases list.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**